so modified the said order is affirmed, without costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

In the Matter of the Application for a Discharge of a Mechanic's Lien Filed by Leo Mininsohn and Jacob Berkowitz, etc., Appellants, against The Regal Homes Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Joseph Dixon, Respondent, v. New York Real Estate Association, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Woodward and Rich, JJ., concurred; Jenks. P. J., and Carr, J., dissented.

In the Matter of Supplementary Proceedings; Joseph Shorwitz, Respondent, v. Jacob Caminez, Appellant.— Order of the County Court of Kings county reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the authority of *Gibbs* v. *Prindle* (11 App. Div. 470); *Smith* v. *Cayuga Lake Cement Co.* (107 id. 524); *Webb* v. *Parker* (130 id. 92), and *Kretsch* v. *Denofrio* (137 id. 617). Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

John Kern, Appellant, v. The Schaeffer & Budenberg Manufacturing Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Edward Long and Others, Respondents, v. The Estates of Long Beach, Appellant.— Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Woodward and Rich, JJ., concurred; Jenks, P. J., not voting.

Robert W. Maloney, as Receiver, etc., of William G. H. Smith, Respondent, v. William G. H. Smith and Others, Defendants, Impleaded with Margaret L. Smith, Appellant.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Nason Manufacturing Company, Appellant, v. Lorenzo C. Adams, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

Petronia Paltanowicz, Appellant, v. Herman Mendlowitz, Respondent. — Order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

The People of the State of New York, Respondent, v. Mollie Brown, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. John Jasper, Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

The People of the State of New York ex rel. Lucien L. Bonheur, Petitioner, v. Philip J. Christ and Others, Individually and as Members of the Board of Supervisors of Nassau County and Another, Respondents. Morris F. Craft, Individually and as a Member of the Board of Supervisors of Nassau County, Appellant; Lott Vandewater, Jr., and Another, Inter-

# 916 Cases Reported with Brief Syllabi.

venors and Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ., concurred.

A. & M. Robbins, Incorporated, Respondent, v. John Hill and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Margaret Schulien, Appellant, v. Eugene Lattimier, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

Marvin Shiebler, Appellant, v. Suffolk Gas and Electric Light Company, Respondent.— Prior to the amendment of the calendar rules on October 18, 1912,* under authority of *Sprague* v. *Tangier's Development Co.* (152 App. Div. 921), we think that plaintiff was entitled to the preference asked for. Order reversed, and motion for a preference granted, but, in view of the unsettled state of the law at the time that the application was made, such reversal should be without costs. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

James H. Skinner, Respondent, v. Jacob I. Denton, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $500, exclusive of the taxed costs, in which event the judgment as so modified and the order are affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Henry C. Spear and Others, Doing Business under the Firm Name and Style of Spear & Company, Respondents, v. Thirty-five Per Cent Automobile Supply Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Lionel D. Waixel, Respondent, v. The City of Mount Vernon, Appellant.— Judgment and order of the City Court of Mount Vernon unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Thomas, Carr and Rich, JJ.

August Weber, Respondent, v. Joseph Kuske and Heinrich Reinhardt, Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Alexander M. Zeritt, Appellant, v. Atlantic, Gulf and Pacific Company, Respondent.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Woodward and Rich, JJ., concurred; Hirschberg, J., dissented.

John Faigle, Respondent, v. Henry Bockroth and Robert T. Buttleman, Appellants.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that it was error to charge that the jury could find the defendant liable, even if the ladder was shifted. The weight

---

* See Calendar Rules, Trial Term, Supreme Court, Kings County, rule 10.
— [Rep.